May 15, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

PASADENA REFINING SYSTEM, INC., Appellant

NO. 14-10-00837-CV                    V.

MIKE MCCRAVEN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Mike McCraven, signed June 1, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Pasadena Refining System, Inc., and its surety, Fidelity & Deposit Company of Maryland, jointly and severally, to pay (1) the sum or sums adjudged to appellee, Mike McCraven, plus interest at the rate of 5% from the date of the trial court judgment until paid, and (2) all costs incurred, both in this court and in the court below. We further order this decision certified below for observance.